United States District Court
Southern District of Texas
ENTERED
AUG 28 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 27 1998
Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ALVA MAE WHITSITT, An Individual** § | | |
| **Plaintiff** § | | |
| § | | |
| § | | |
| **VS.** § | **CIVIL ACTION NO. B-97-119** | |
| § | | |
| **WAL-MART STORES, INC.,** § | | |
| **Defendant** § | | |

## ORDER GRANTING MOTION FOR PHYSICAL EXAMINATION

BE IT REMEMBERED that on the 27th day of August, 1998, came on to be heard Defendant, WAL-MART STORES, INC.'S, Motion and Order requiring Plaintiff, ALVA MAE WHITSITT, to submit to a physical examination, and it appearing to the Court that the physical condition of the Plaintiff is in controversy in this action, it is, therefore,

ORDERED that Plaintiff, ALVA MAE WHITSITT, submit to a general physical examination by DR. WILLIAM TURPIN at the doctor's office located at 1301 W. 38th St., Suite 709, Austin, Texas at a mutually agreed time and date; such examination to include any and all tests which are necessary to ascertain the health and physical condition of the Plaintiff and are ordinarily deemed a part of a general physical examination. It is further,

ORDERED that Plaintiff, ALVA MAE WHITSITT, submit to any tests and x-ray examination and the taking of such films as the said doctor deems advisable and necessary in making a proper diagnosis of Plaintiff's condition and concerning the

allegations of Plaintiff's complaints as to the nature and extent of her injuries. It is further,

ORDERED that the Plaintiff ALVA MAE WHITSITT bring with her all x-rays taken with reference to the above lawsuit. It is further,

ORDERED that the Plaintiff at the time of such examination answer all proper questions and inquiries submitted to her by the said doctor, including the occupational, prior and subsequent injuries and diseases, for the purpose of making a proper diagnosis of the Plaintiff's condition. It is further ORDERED that the Defendant bear the costs of the examination.

SIGNED this 27th day of August, 1998.

_____
JUDGE PRESIDING