```
United States District Court
 Southern District of Texas
        ENTERED

    AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk
```

16

ALVA MAE WHITSITT, ET VIR

VS

WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*
*
*   C.A. NO.
*    B97 119
*

```
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
        FILED

     AUG 27 1998

   Michael N. Milby, Clerk
```

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered a motion for extension of docket dates in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __November 30, 1998__. If additional time is required, a motion requesting such extension must be filed no later than ____NA____. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than __December 15, 1998__:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(5) A final pretrial and settlement conference be set for __December 18, 1998, 10 am__.

(6) Trial on the merits be set for __January, 1999__, docket call.

DONE at Brownsville, Texas, on __August 27, 1998__.

                                   _____
                                   Fidencio G. Garza, Jr
                                   United States Magistrate Judge