*17*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
ENTERED
DEC 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk**

| | |
|---|---|
| ALVA MAE WHITSITT | * |
| VS | * C.A. NO. B97 119 |
| WAL-MART STORES, INC. | * |

## ORDER RESETTING CONFERENCE

The **final pretrial and settlement conference** in above-captioned and numbered cause of action is hereby reset from December 18, 1998, 1998, to **Thursday, January 14, 1999, at 2:00 p.m.**

DONE at Brownsville, Texas, this **10th** day of **December, 1998.**

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520