*19*

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

JAN 15 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ALVA MAE WHITSITT, ET VIR | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-97-119 |
| WAL-MART STORES, INC. | * | |

### O R D E R

On January 14, 1999, a Final Pre-trial and Settlement Conference was held with Jim Sitgreaves for the Plaintiffs and Mark Fernandez and Shirley Gray for the Defendant.

Both parties announced ready for trial. Final pretrial is set for April 1, 1999 at 8:30 a.m. before Judge Vela. Jury Selection is set for April 2, 1999 at 8:30 a.m. before Judge Vela. Estimated time of trial is three days.

Motion to Extend Time (#11-1) and Motion to Extend Time for Completion of Discovery (#14-1) are both moot.

It is so Ordered.

Done at Brownsville, Texas, this 14th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge