34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALVA MAE WHITSITT, ET VIR | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. B-97-CV-119 |
| WAL-MART STORES, INC., | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## FINAL JUDGMENT

Inasmuch as a jury verdict was rendered in favor of the defendant on the 1st day of April, 1999 and no notice of appeal has been filed in this case, this cause hereby stands DISMISSED.

SO ORDERED this 13th day of July, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge

ClibPDF - www.fastio.com